UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN P. MULLINIX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIKI BOGORAD-GROSS and<br>LEONARD P. BOGORAD, as They<br>Are Executors of the Will of<br>Lawrence Bogorad,<br><br>　　　　Defendants. | Civil Action<br>No. 04-12684-WGY |

## NOTICE OF APPEARANCE

　　Please enter the appearance of Karen P. Carp of Sullivan & Worcester LLP for Defendants Kiki Bogorad-Gross and Leonard P. Bogorad, as they are Executors of the Will of the Lawrence Bogorad, in the above matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

February 28, 2005　　　　　　　　　　　/s/　　Karen P. Carp
　　　　　　　　　　　　　　　　　　　　Karen P. Carp (BBO # 659023)
　　　　　　　　　　　　　　　　　　　　SULLIVAN & WORCESTER LLP
　　　　　　　　　　　　　　　　　　　　One Post Office Square
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02109
　　　　　　　　　　　　　　　　　　　　kcarp@sandw.com
　　　　　　　　　　　　　　　　　　　　(617) 338-2800

{B0381296; 1}