UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12684-WGY

---

**KATHLEEN P. MULLINIX,**
      Plaintiff

v.

**KIKI BOGORAD-GROSS AND LEONARD P. BOGORAD, AS THEY ARE EXECUTORS OF THE WILL OF LAWRENCE BOGORAD,**
      Defendants

---

**WITHDRAWAL OF APPEARANCE**

Please withdraw our appearance as counsel for the defendants.

                              _s/Michael R. Coppock
                              Michael R. Coppock
                              BBO #098840

                              s/Matthew A. Berlin
                              Matthew A. Berlin
                              BBO #565344
                              Rubin and Rudman LLP
                              50 Rowes Wharf
                              Boston, MA  02110
                              (617) 330-7000

631236_1