UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN P. MULLINIX,<br><br>        Plaintiff,<br><br>        v.<br><br>KIKI BOGORAD-GROSS and LEONARD P. BOGORAD, As They Are Executors of the Will of Lawrence Bogorad,<br><br>        Defendants. | Civil Action No. 04-12684-WGY |

## STIPULATION OF THE PARTIES REGARDING TIME TO FILE REPLY TO COUNTERCLAIM

The Plaintiff and Counterclaim Defendant, Kathleen P. Mullinix, and the Defendants and Counterclaim Plaintiffs Kiki Bogorad-Gross and Leonard P. Bogorad, hereby stipulate that the Plaintiff and Counterclaim Defendant shall have to and including April 15, 2005, to file a reply to the counterclaim asserted in this case.

KIKI BOGORAD-GROSS and
LEONARD P. BOGORAD, as they are the
Executors of the Will of Lawrence Bogorad

By their attorneys,

/s/ Larry L. Varn
Larry L. Varn (BBO # 508130)
Karen P. Carp (BBO# 659023)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
lvarn@sanw.com
(617) 338-2800

KATHLEEN P. MULLINIX,

By her attorneys,

/s/ Larry C. Kenna
Larry C. Kenna (BBO # 267760)
Michelle L. Dineen Jerrett
(BBO # 634930)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 248-5000

3879967v1