UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN P. MULLINIX,<br><br>Plaintiff,<br><br>v.<br><br>KIKI BOGORAD-GROSS and LEONARD P. BOGORAD, As They Are Executors of the Will of Lawrence Bogorad,<br><br>Defendants. | Civil Action No. 04 12684 WGY |

### NOTICE OF CHANGE OF ADDRESS

Please take note that as of Monday, August 1, 2005, the new address of counsel for the plaintiff Kathleen Mullinex will be as follows:

Larry C. Kenna
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Respectfully submitted,

/s/ Larry C. Kenna
Larry C. Kenna (BBO# 267760)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000

3964317v1