UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| KATHLEEN P. MULLINIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | No. 04-12684-WGY |
| | ) | |
| KIKI BOGORAD-GROSS and | ) | |
| LEONARD P. BOGORAD, as They | ) | |
| Are Executors of the Will of | ) | |
| Lawrence Bogorad, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **NOTICE OF WITHDRAWAL**

The undersigned hereby withdraws her appearance as counsel for defendants Kiki

Bogorad-Gross and Leonard P. Bogorad, as they are Executors of the Will of the Lawrence

Bogorad, in the above captioned matter.  Please note that Larry L. Varn of Sullivan & Worcester

LLP will continue to appear on behalf the above named defendants.

Respectfully submitted,

August 26, 2005

/s/      Karen P. Carp
Karen P. Carp (BBO # 659023)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
kcarp@sandw.com
(617) 338-2800