UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHLEEN P. MULLINIX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 04-12684-WGY |
| ) | |
| KIKI BOGORAD-GROSS and ) | |
| LEONARD P. BOGORAD, as They ) | |
| Are Executors of the Will of ) | |
| Lawrence Bogorad, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Lisa M. Hodes of Sullivan & Worcester LLP for Defendants Kiki Bogorad-Gross and Leonard P. Bogorad, as they are Executors of the Will of the Lawrence Bogorad, in the above matter.

Respectfully submitted,

September 30, 2005

/s/ Larry L. Varn
Larry L. Varn (BBO # 508130)
Lisa M. Hodes (BBO # 660444)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
lvarn@sandw.com
lhodes@sandw.com
(617) 338-2800