UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN P. MULLINIX,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KIKI BOGORAD-GROSS and  )<br>LEONARD P. BOGORAD, as They )<br>Are Executors of the Will of  )<br>Lawrence Bogorad,  )<br>  )<br>Defendants.  )  ) | Civil Action<br>No. 04-12684-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Lisa M. Hodes of Sullivan & Worcester LLP for Defendants Kiki Bogorad-Gross and Leonard P. Bogorad, as they are Executors of the Will of the Lawrence Bogorad, in the above matter.

Respectfully submitted,

November 22, 2005

/s/ Lisa M. Hodes
Larry L. Varn (BBO # 508130)
Lisa M. Hodes (BBO # 660444)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
lvarn@sandw.com
lhodes@sandw.com
(617) 338-2800