UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN P. MULLINIX,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KIKI BOGORAD-GROSS and LEONARD P.<br>BOGORAD, As They Are Executors of the Will of<br>Lawrence Bogorad,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12684-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Michelle L. Dineen Jerrett as counsel for plaintiff, Kathleen P. Mullinix, in the above-captioned action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KATHLEEN P. MULLINIX,
　　　　　　　　　　　　　　　　　　　By her attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Michelle L. Dineen Jerrett
　　　　　　　　　　　　　　　　　　　Larry C. Kenna (BBO # 267760)
　　　　　　　　　　　　　　　　　　　Michelle L. Dineen Jerrett (BBO #634930)
　　　　　　　　　　　　　　　　　　　CHOATE, HALL & STEWART
　　　　　　　　　　　　　　　　　　　Two International Place
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　Tel: (617) 248-5000

Date:　February 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2006, a copy of Notice of Appearance of counsel for plaintiff Kathleen P. Mullinix was served by first-class mail upon the attorney of record for the defendants.

/s/ Michelle L. Dineen Jerrett
Michelle L. Dineen Jerrett

4044139_1(Exchange).DOC