CERTIFICATE OF SERVICE

I hereby certify that *Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2006.

    /s/ Sara E. Solfanelli