UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHLEEN P. MULLINIX,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>KIKI BOGORAD-GROSS and   )<br>LEONARD P. BOGORAD, as They )<br>Are Executors of the Will of   )<br>Lawrence Bogorad,   )<br>   )<br>   Defendants.   )<br>   ) | Civil Action<br>No. 04-12684-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and (c), Plaintiffs and Counterclaim-Defendant, Kathleen P. Mullinix, and Defendants and Counterclaim-Plaintiffs, Kiki Bogorad-Gross and Leonard Bogorad, hereby stipulate and agree to the dismissal **with prejudice** of all claims, crossclaims, and counterclaims which were or could have been asserted herein against any defendant or against any plaintiff, without costs or attorneys' fees awarded to any party, and the parties hereby waive any right to appeal with respect to such dismissal.

Dated at Boston, Massachusetts this 19th day of April, 2007.

{B0633321; 1}

-2-

| | |
|---|---|
| KIKI BOGORAD-GROSS and<br>LEONARD P. BOGORAD, as<br>they are the Executors of the Will<br>of Lawrence Bogorad,<br>By their attorneys, | KATHLEEN P. MULLINIX<br>By her attorneys, |
| /s/ Larry L. Varn<br>Larry L. Varn (BBO # 508130)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800<br>lvarn@sandw.com | /s/ Michelle L. Dineen Jerrett<br>Larry C. Kenna (BBO # 267760)<br>Michelle L. Dineen Jerrett (BBO # 634930)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>(617) 248-5000<br>Lkenna@choate.com<br>MdineenJerrett@choate.com |

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 19, 2007.

/s/ Larry L. Varn

{B0633321; 1}